PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

FILED
JUL 12 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** Western **DISTRICT OF TEXAS**
San Antonio **DIVISION**

ARCHIE M. TATE #02275440
Plaintiff's Name and ID Number
BRADSHAW UNIT D-2-44
P.O. Box 9000
HENDERSON, TX 75653
Place of Confinement

CASE NO. 5:23-cv-00723-JKP
(Clerk will assign the number)

v.

OVATION SERVICE'S, LLC CORPORATE 8401 PATHPOINT DR 1000 SAN ANTONIO TEX 78229
Defendant's Name and Address

MARCIA PASTRANA (ATTORNEY FOR OVATION
4301 WESTBANK DR SUITE 220 AUSTIN TX 78746
Defendant's Name and Address

OVATION HOLDING, LLC, FGMS HOLDINGS P.O. BOX 4258 HOUSTON TEX 77210
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **<u>DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.</u>** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES ✓ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: ________________
2. Parties to previous lawsuit:
   Plaintiff(s) ________________
   Defendant(s) ________________
3. Court: (If federal, name the district; if state, name the county.) ________________
4. Cause number: ________________
5. Name of judge to whom case was assigned: ________________
6. Disposition: (Was the case dismissed, appealed, still pending?) ________________
7. Approximate date of disposition: ________________

II. PLACE OF PRESENT CONFINEMENT: BRADSHAW UNIT (3900 P.O.Box) Henderson Tex 75653

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: ARCHIE M TATE 02275440 D-2-44 BRADSHAW UNIT P.O. Box 3900 HENDERSON TEXAS 75653

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: OVATION SERVICES LLC, (PROPERTY TAX) CORPERATE 8401 DATAPOINT DR., 1000 SAN ANTONIO, TEXAS 78229

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

AUCTIONED OFF MY HOMESTEAD AND ITS CONTENTS AND RENT HOUSE

Defendant #2: OVATIONS FGMS HOLDINGS, LLC, P.O BOX 4258 HOUSTON, TEX 77210-4258 PLACE FOR PAYMENTS, FAILD TO CHECK THE DRAFT ON MY ACCOUNTS, CHECKING & SAVINGS,

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

AS THE NECESSARY FUNDS ~~we~~ were THERE TO COVER THE DRAFT $1,500 ON THE DEFAULT DATE

Defendant #3: MARCIA PASTRANA-ATTORNEY FOR OVATION 4301 WESTBANK DRIVE BLDG, B SUIT 220 AUSTIN TX 78746, ON 10-24-2019 & 9-22-2020 AT 9:00 AM These COURT Proceedings were

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

HELD; WITHOUT MY PRESENT OR SAY SO IN THE FACTS OF THE CASE, I GAVE THE Jimmy Rudd

~~Defendant #4~~: UNIT LAW LIBARY PHONE NUMBER TO ALL PARTISSAPENTS REQUESTING THAT I CAN USE THE PHONE.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5:

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

OVATION SERVICES LLC CORPERATE + OVATION TAX LENDER FGMS HOLDINGS LLC FAILD TO HONER MY CIVIL RIGHTS I BY ALLOWING ME TO ATTEND THE DEFAULT + FORECLOSER PROCEEDINGS 10-24-2019 + 9-22-2020 AT 9:00 AM (BY PHONE) BUT AFTER THEY SOLD MY HOMESTEAD 815 SE 2ND AVE MINERAL WELLS TEXAS 76067 THEY CALLED THE JIMM RUDD UNIT AT THE LAW LIBARY TO INQUIRE ABOUT WHAT I WERE GOING TO DO WITH MY RENT HOUSE 1207 SE 2ND AVE SAME TOWN, I SAID YOU TOOK IT AS WELL IN THE SUIT HE SAID ALLRIGHT I WERE DISSTRAUGHT ON THE WHOLE THING - THESE PEOPLE CLOWNED ME + DISRESPECTED ME, AND HAD THEY CHECKED, THE FUNDS WERE IN THE ACCOUNT TITAN BANK

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. I WOULD LIKE THE COURTS TO AWARD ME A JUDGEMENT OF $400,000 FOR MY LOSSES OF MY HOMESTEAD THE CONTENTS CLOTHS + FURNITURE SENTIMENTAL VALUE 2 CAR GARAGE, I HAD 1 CAR + A MOTORCYCLE, I EVEN RENTED OUT MY HOME 2 A COUPLE TO TO HAVE FUNDS COMEING IN TO MAKE SURE THE BILLS GOT PAID WHILE LOCKED UP I AM SUEING IN OFFICAL CAPACITY + INDIVIDUAL CAPACITY

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

TATE ARCHIE M

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#2275440 #1779807 #422178

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ____________

2. Case number: ____________

3. Approximate date sanctions were imposed: ____________

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division):______________________

2. Case number:______________________

3. Approximate date warning was issued:______________________

Executed on: 7-3-2023
DATE

ARCHIE M TATE

Archie M Tate
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ____3____ day of ____7____ 20 23.
(Day) (month) (year)

ARCHIE M TATE

Archie M Tate
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

OVATION SERVICES LLC CORPERATE + OVATION TAX LENDER FGMS HOLDINGS LLC FAILD TO HONER MY CIVIL RIGHTS ; BY ALLOWING ME TO ATTEND THE DEFAULT + FORECLOSER PROCEEDINGS 10-24-2019 + 9-22-2020 AT 9:00AM (BY PHONE.) BUT AFTER THEY SOLD MY HOMESTEAD 815 SE 2ND AVE MINERAL WELLS TEXAS 76067 THEY CALLED THE JIMM RUDD UNIT AT THE LAW LIBARY TO INQUIRE ABOUT WHAT I WERE GOING TO DO WITH MY RENT HOUSE 1207 SE 2ND AVE SAME TOWN, I SAID YOU TOOK IT AS WELL IN THE SUIT HE SAID ALLRIGHT I WERE DISSTRAUGHT ON THE WHOLE THING - THESE PEOPLE CLOWNED ME + DISRESPECTED ME, AND HAD THEY CHECKED THE FUNDS WERE IN THE ACCOUNT

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. I WOULD LIKE THE COURTS TO AWARD ME A JUDGEMENT OF $400,000 FOR MY LOSSES OF MY HOMESTEAD THE CONTENTS CLOTHS + FURNITURE SENTIMENTAL VALUE 2 CAR GARAGE, I HAD 1 CAR + A MOTORCYCLE, I EVEN RENTED OUT MY HOME 2 A COUPLE TO TO HAVE FUNDS COMEING IN TO MAKE SURE THE BILLS GOT PAID WHILE LOCKED UP
I AM SUEING IN OFFICIAL CAPACITY + INDIVIDUAL CAPACITY

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

TATE ARCHIE M

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#2275440 #1779807 #422178

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ____NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ________
2. Case number: ________
3. Approximate date sanctions were imposed: ________
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION 78207

CASE 5:23-CV-00723-JKP -
ARCHIE M. TATE
#02275440 PLAINTIFF

V. SA-23-CV-0723-JKP

OVATION SERVICES + OVATION HOLDING, LLC
DEFENDANTS.

TO THE COURT: DIRECTING TATE TO SHOW CAUSE

ON THE 24TH OF OCTOBER 2019 CASE #C49208 IN DISTRICT COURT OF PALO PINTO TEXAS, OVATION SERVICES LLC (PLAINTIFFS) VS ARCHIE M TATE, (DEFENDANTS) ~~HAS~~ WERE SUED BY OVATION SERVICES, LLC, AND THE DATE 10-24-2019, TO ITS DELIVERY DATE THAT DEFENDANT TATE RECIVED CITATION WAS 2-14-2020 WAY PAST THE FILING OF A WRITTEN RESPONSE, MY CIVIL RIGHTS ARE IN QUESTION THERE; ON 9-22-2020 CAUSE #C49207 A HEARING ON PLAINTIFF OVATION SERVICES, LLC MOTION FOR DEFAULT JUDGMENT WERE SET

I DID NOT ATTEND THIS PRECEEDINGS, I CONTACTED THE COURTS MARCIA PASTRANA OVATION SERVICES, LLC ATTORNEYS CREEL LAW GROUP AS WELL; TO THE FACT THAT THE LAW LIBARY AT JIMM RUDD UNIT 2004 LAMESA HWY-BROWN FIELD-TX 79316 DID NOT HAVE ZOOM CAM

Jimm Rudd THEY OFFERED A PHONE CALL TO THE PRECEEDINGS (LAW LIBARY)

PLAINTIFF OVATION SERVICES, LLCS DID NOT RESPOND; MY CIVIL RIGHTS AGAIN SIR ARE OVERLOOKED

TO THE COURT EMPLOYED BY OVATION SERVICE'S AS A "NOTARY" MRS TERESA L. HENSLEE STATE LIC# IS ONLY A WITTENESS FOR THIS CASE, AS SHE SERVED ME AT MY HOME THE CONTRACT THAT WE BOTH READ EACH LINE THEN BOTH I + MRS HENSLEE INITIALS EACH LINE + SIGN WE BOTH SPOKE WITH CONCERT ABOUT THE HOMESTEAD + THE FACT THAT IT WOULD REMAINE MINE IN CASE OF DEFAULT AND MAKE SURE I ADD IT IN THE CONTRACT SINCE IT WAS A $6,000 LOAN AND THE OTHER HOME WAS STILL STRUCTARD SOLID, SHE NOTARY HENSLEE REFFERD ME TO FIND A BANK TO SET UP A DRAFT AND BY THIS I WOULD HAVE THE MONTHLY PAYMENTS SENT TO THEM, EASY WHICH I DID AFTER SIGNING THE CONTRACT

HOMESTEAD
815 SE 2ND AVE, MINERAL WELLS TEX 76067 + 1201 SE 2ND AVE WEST M. WELLS TEXAS 76067

TEXAS CONSTITUTION ART. 1§3 I WERE NOT ALLOWED TO BE HEARD OR ATTEND MY OPION IN DEFAULT CAUSE C49207 THE FACT THAT I WERE LOCKED UP, I WERE TAKEN ADVANTAGE OF. SIR FORGIVE ME FOR NOT BEING LAW SAVEY BUT AGAIN I CAN CLEAR THIS

BOTH THE FOURTEENTH AMENDMENT + TEX. CONSTITUTION
CIVIL RIGHTS LAW: PRISONER RIGHTS + PRISON LITIGATION REFORM ACT

RESPECTFULLY Archie M Tate 02275440

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION 78207

7-2023

SA-23-CV-0723-JKP

TO THE COURT, AT THIS TIME I WOULD RESPECTFULLY REQUEST THAT THE COURT WILL APPOINT ME, MY CASE A DEFENSE ATTORNEY PLEASE, IF THESE PROCEEDINGS ARE TO CONTINUE I THANK YOU.

PLAINTIFF
RESPECTFULLY, Archie M Tate #02275440

COURTS + CLERK:
U.S DISTRICT COURT WESTERN
262 W. NUEVA ST., ROOM 1-400
SAN ANTONIO, TX 78207

7-7-2023

FOR CONFRENCE CAM OR CALL
BRADSHAW UNIT: LAW LIBARY MS LEWIS EXT
3900 WEST LOOP 571 NORTH
P.O BOX 9800
HENDERSON TEXAS 75653
PHONE # 903-655-0880
FAX 903-655-0500

THANK YOU

SUBMITTED RespectFully
[signature]
0-2-44 02275440
BRADSHAW UNIT

LAW LIBRARY Recived From courts
Jim Rudd Unit
2/14/2020
1100

**CITATION FOR PERSONAL SERVICE**
**THE STATE OF TEXAS**

**TO: TATE, ARCHIE M**
**815 SE 2ND AVE**
**MINERAL WELLS TX 76067**

**YOU ARE HEREBY COMMANDED** to appear before the Honorable 29th District Court of Palo Pinto County, Texas at the Courthouse of said county in Palo Pinto, Texas, by filing a written answer, at or before 10 o'clock a.m. of the first Monday next after twenty days after the date of service of this citation to Petitioner's Original Petition for Judicial Foreclosure of Transferred Tax Liens filed in said Court, by MARCIA PASTRANA (Attorney for Plaintiff or Plaintiff), whose address is 4301 WESTBANK DRIVE BLDG B, SUITE 220, AUSTIN TX 78746 ON the 24th day of October, 2019, in this case, numbered **C49208** on the docket of said court, and styled

**OVATION SERVICES, LLC** **VS** **ARCHIE M TATE, ET AL**

The nature of Petitioner's demand is fully shown by a true and correct copy of Plaintiff's Original Petition for Judicial Foreclosure of Transferred Tax Liens accompanying this citation and made a part hereto.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

**NOTICE TO DEFENDANT:"YOU HAVE BEEN SUED."** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation, a default judgment may be taken against you.

Issued and given under my hand and seal of said Court at Palo Pinto, Texas this the 24th day of October, 2019.

**Janie Glover**
**P.O. Box 189**
**Palo Pinto, TX**
**76484-0189**

**Attested:**

**JANIE GLOVER, DISTRICT CLERK**
**29th Judicial District Court**
**Palo Pinto County, Texas**
**By:** [signature] **, Deputy**

*****************************************************************************

**SHERIFF'S RETURN**

Came to hand on the ____day of ________________, 20__, at _____o'clock _M, and executed on the ___day of ________________, 20__, by delivering to the within named defendants, to-wit:____________________________________ at ____o'clock _M, each, in person a true copy of this citation with a true and correct copy of the Petitioner's Petition attached thereto having first endorsed on such copy of said citation the date of delivery.

The distance actually traveled by me in serving such process was __________miles, and my fees are as follows:

For serving this citation $______
For mileage-------------- $______
Total Fees---------------- $______

To certify which witness my hand officially.

Sheriff ____________________________________
________________County, Texas

By____________________________________
Deputy

Filed 10/24/2019 12:11 PM
Janie Glover
District Clerk
Palo Pinto County, TX
By: Heather Corliss
Deputy

CAUSE NO. C49208

| | | |
|---|---|---|
| OVATION SERVICES, LLC | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| V. | § | 29TH JUDICIAL DISTRICT |
| | § | |
| | § | |
| | § | |
| | § | |
| ARCHIE M. TATE, ET AL | § | PALO PINTO COUNTY, TEXAS |

## ORIGINAL PETITION FOR JUDICIAL FORECLOSURE OF TRANSFERRED TAX LIENS

**TO THE HONORABLE JUDGE OF SAID COURT:**

Plaintiff, Ovation Services, LLC ("Ovation"), files this petition for the judicial foreclosure of a delinquent ad valorem tax lien pursuant to sections 32.06(c), 32.065(c), and 33.41 of the Texas Tax Code. Plaintiff would respectfully show the Court the following:

1. Plaintiff intends to conduct discovery under Level 2 of Rule 190.3 of the Texas Rules of Civil Procedure.

2. Plaintiff is Ovation Services, LLC, a Texas limited liability company whose principal place of business is 8401 Datapoint Dr., Ste. 1000, San Antonio, Texas 78229. Plaintiff is authorized to bring this suit by virtue of a written servicing agreement with the holder of the note and transferred tax liens, FGMS Holdings, LLC ("FGMS"). Plaintiff is designated as FGMS's mortgage servicer as that term is defined by Texas Property Code § 51.0001(3).

3. The following Defendant(s) may be served with notice of these claims by service of citation at the address and in the manner shown as follows:

> **Archie M. Tate**, an individual who may be served at 815 SE 2nd Ave, Mineral Wells, TX 76067.
>
> **City of Mineral Wells** (in rem only) by virtue of liens filed in the Official Public Records of Palo Pinto County, Texas under clerk's file numbers 2016-00004717. Service may be obtained by serving its mayor, secretary, treasurer or clerk in accordance with Texas Civil Practice and Remedies Code Section 17.024, at 115 SW 1st Street, Mineral Wells, Texas 76067.

If any or all of the above named Defendants are deceased, the unknown heirs, successors, and assigns, and the unknown owner or owners of the following described property and any and all other persons or entities, including adverse claimants, owning or having any legal or equitable interest or lien upon the following described property located in the county in which this suit is brought, are joined as Defendants.

4. The following taxing unit(s) or tax lien transferee(s), whether one or more, are joined as parties herein as required by sections 33.44(a) and/or 33.445 of the Texas Tax Code because they may have a claim for delinquent taxes against all or part of the Property, described below:

**Palo Pinto County, Palo Pinto Hospital, ESD #1, Mineral Wells, Mineral Wells ISD.**

Each of the foregoing is invited to add its claim, if any, by intervening herein.

5. Jurisdiction and venue are proper in this Court because the Property is located in this county.

6. Delinquent taxes, penalties, interest, and costs are justly due, owing and unpaid to the Plaintiff for the property described below (the "**Property**"):

**Legal Description**: **LOT 31, BLOCK 9G, KIDWELL ADDITION, MINERAL WELLS TEXAS PALO PINTO COUNTY.**

**Street Address:** 1207 SE 2nd Ave W, Mineral Wells, TX 76067

**Tax Account:** 146260000

7. On June 19, 2018, Defendant(s) executed a promissory note in favor of FGMS Holdings, LLC (the "Note"). The Note was in the original principal amount of $2,681.48 and evidenced in the real property records by a Texas Tax Code § 32.065 contract for the payment of taxes recorded under Document No. 2018-00003456 in the Official Public Records of Palo Pinto County, Texas (the "Contract", together with the Note, the "Agreement"). The Agreement is secured by one or more tax liens transferred by the applicable taxing units and those transferred tax liens were executed and recorded pursuant to Texas Tax Code § 32.06(b) in the Official Public Records of Palo Pinto.

WRITE TO

8. The liens sought to be foreclosed are transferred ad valorem tax liens and not liens prohibited by article XVI, section 50 of the Texas Constitution. Said transferred tax liens were legally levied by their respective taxing units against the Property and the owners of the Property

on January 1 of the year for which the tax was imposed in accordance with article VIII, section 15 of the Texas Constitution.

9. Plaintiff seeks a monetary judgment against Defendant(s) for all amounts it is owed under the Agreement, as well as foreclosure of the transferred tax liens on the Subject Property. Plaintiff is entitled to recover, without further citation or notice, all penalties, interest, attorney's fees, costs, and abstractor's fees incurred after the filing of this suit and up to the date of judgment, which are hereby incorporated in this suit. Plaintiff is further entitled to recover penalties and interest on the delinquent taxes subsequent to the date of the judgment at the contract rate under the Agreement as allowed by § 304.004 of the Texas Finance Code.

10. Pursuant to § 32.064(c) of the Texas Property Tax Code, Plaintiff is subrogated to all rights and remedies, including foreclosure, that a taxing unit would be entitled to if it were filing suit in its own name. All conditions precedent required by Rule 54 of the Texas Rules of Civil Procedure have been met.

11. The undersigned attorneys are legally authorized and empowered to institute and prosecute this action on behalf of the Plaintiff. Plaintiff asks that it be awarded reasonable attorney's fees, recording fees, court costs, abstractor fees, and if applicable, fees paid to an official, fees for an attorney ad-litem, or other charges and fees authorized by Texas Finance Code § 351.0021.

PRAYER

Plaintiff prays that, upon proper citation of the Defendant(s) and joined taxing units, a final hearing be held where it recovers the following:

A. Personal judgment against Defendant(s), other than those designated as *in rem*, for all amounts due and unpaid under the Agreement including unpaid principal, penalties, interest, attorney's fees, and costs, including all costs of court and abstractor's fees, that are due or will become due;
B. Judgment declaring that the tax liens subject to this suit are first, prior and/or superior to any other interest in said property held by the named Defendant(s) in accordance with applicable law.
C. Judgment determining the market value of the property on the date of trial and ordering foreclosure of the transferred ad valorem tax liens on the Subject Property securing

App
# 512-666-3490
Sent Two Abstract Judgments
6-25-2019 FD4844 2,821.00 5.5%
7-23-2019 FD-4744 1,600.00

CAUSE NO. C49207

| | | |
|---|---|---|
| **OVATION SERVICES, LLC,**<br>**Plaintiff** | §<br>§ | **IN THE DISTRICT COURT** |
| | § | |
| **V.** | § | **29TH JUDICIAL DISTRICT** |
| | § | |
| **ARCHIE M. TATE**<br>**Defendant** | §<br>§ | **PALO PINTO COUNTY, TEXAS** |

**ORDER SETTING HEARING**

A hearing on Plaintiff Ovation Services, LLC's Motion for Default Judgment is set for Sept. 22, 2020 at 9:00 o'clock, a.m./~~p.m.~~, via Zoom meeting #936 7807 5266 ~~in the courtroom of the 29th Judicial District Court, Palo Pinto County, Texas.~~

SIGNED on this 24th day July 2020.

PRESIDING JUDGE
29th JUDICIAL DISTRICT COURT

CC: Creel Law Group, info@creellawgroup.com
Perdue, Brandon, Fielder, Collins & Mott, LLP, acallsion@pbfcm.com
Archie M. Tate, 2004 Lamesa Hwy, Brownfield, TX 79316

payment of the Agreement, including unpaid principal, penalties, interest, attorney's fees and costs, including all costs of court, that are due or will become due.

D. Issuance of an order of sale and/or execution on the Subject Property; and

E. Judgment granting all further relief to which Plaintiff may be entitled, including but not limited to equitable subrogation.

Respectfully submitted,

**CREEL LAW GROUP, PLLC**
4301 Westbank Drive, Bldg. B, Suite 220
Austin, Texas 78746
Tel: (512) 666-3490
Fax: (512) 329-5818
info@creellawgroup.com

Marcia D Pastrana

**MARCIA PASTRANA**
State Bar No. 03767430

***Attorneys for Plaintiff***



ARCHIE M TATE #02275440
02275440 BRADSHAW UNIT
P.O Box 9000
Henderson, TX 75653

SHREVEPORT
MON 10 JUL 2
Retail
78207
RDC 99
U.S. POSTAGE PAID
FCM LG ENV
HENDERSON, TX 75654
JUL 10, 2023
$0.00
R2305E124520-15

SCREENED BY CSO
JUL 13 2023

CLERK, U.S. DISTRICT COURT
262 W. NUEVA ST., Room 1-400
SAN ANTONIO, TX 78207

WB

RECEIVED
JUL 13 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK