UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ARCHIE M. TATE, #02275440, <br><br> Plaintiff, <br><br> v. <br><br> OVATION SERVICES; TERESA L. HENSLEE; ET AL.; <br><br> Defendants. | § § § § § § § § § § § §   SA-23-CV-0723-JKP |

## JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order dismissing Plaintiff Archie M. Tate's 42 U.S.C. § 1983 Amended Civil Rights Complaint for failure to state a non-frivolous claim, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS THEREFORE ORDERED** that Tate's Section 1983 claims against Defendants, Ovation Services, Ovations Holdings LLC and Marcia Pastrana, are **DISMISSED WITH PREJUDICE** pursuant to Sections 1915(e)(2)(B)(i)–(ii) and 1915A(b)(1) of Title 28 of the United States Code for failure to state a non-frivolous claim.

SIGNED this 16th day of August, 2023.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE