# United States Court of Appeals
# for the Fifth Circuit

---

No. 23-50771

---

Archie M. Tate,

*Plaintiff—Appellant,*

*versus*

Ovation Services, L.L.C., Property Tax Lenders; Ovations Holdings, LLC, Ovation Lender; Marcia Pastrana, *Attorney for Ovation*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:23-CV-723 -JKP

---

FILED
December 4, 2023
Lyle W. Cayce
Clerk

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of December 4, 2023, for want of prosecution. The appellant failed to timely comply with the Court's notice of November 1, 2023.

No. 23-50771

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Roeshawn Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

Certified as a true copy and issued
as the mandate on Dec 04, 2023

Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit